1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  DEBORAH K. MILLER (SBN 95527)
   JEFF S. ROSS (SBN 138172)
6  ORACLE CORPORATION
   500 Oracle Parkway, 7th Floor
7  Redwood Shores, CA 94065
   (650) 506-5200
8  (650) 506-7114 FAX

9  Attorneys for Plaintiff
   ORACLE USA, INC.
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15 | ORACLE USA, INC., a Colorado Corporation, | Case No.: CV 09-0537 MHP
16 |                                           |
17 |              Plaintiff                    | STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR FILING OF FIRST AMENDED COMPLAINT
18 |       v.                                  |
19 |                                           |
20 | XL GLOBAL SERVICES, INC., a Delaware Corporation, |
21 |                                           |
22 |              Defendant.                   |
23 | AND RELATED COUNTERCLAIM                  |
24

25         IT IS HEREBY STIPULATED, by and between the parties hereto through their

26 respective undersigned attorneys, that plaintiff Oracle USA, Inc. shall have leave to file a First Amended

27 Complaint in the form attached as Exhibit 1 to this Stipulation and Order.

28         In light of this stipulation, the motion for leave to file amended complaint, currently set

                                               1

FOR FILING OF FIRST AMENDED COMPLAINT                             Case No. CV 09-0537 MHP

1  for hearing on September 14, 2009, is moot and may be taken off calendar.

2        SO STIPULATED:

4  Dated: September 8, 2009      JAMES A. HUGHES
                                            SULLWOLD & HUGHES

By:      /S/
         JAMES A. HUGHES

Attorneys for
PLAINTIFF ORACLE USA, INC.

Dated: September 8, 2009      SOMMERS & SCHWARTZ LLP

By:      /S/
         Frank F. Sommers, IV

Attorneys For Defendant and Counterclaimant
XL GLOBAL SERVICES, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

STIPULATION AND ORDER GRANTING LEAVE
FOR FILING OF FIRST AMENDED COMPLAINT       Case No. CV 09-0537 MHP

1 **ORDER**

2     The parties having stipulated and good cause appearing;

3     IT IS ORDERED that plaintiff Oracle USA, Inc. is granted leave to file the proposed

4 First Amended Complaint. **Defendant's answer to the First Amended Complaint shall be filed on or**

5 **before October 5, 2009.**

6 Date:   9/9/2009



_____
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION AND ORDER GRANTING LEAVE
FOR FILING OF FIRST AMENDED COMPLAINT                 Case No. CV 09-0537 MHP