1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  DEBORAH K. MILLER (SBN 95527)
   JEFF S. ROSS (SBN 138172)
6  ORACLE CORPORATION
   500 Oracle Parkway, 7th Floor
7  Redwood Shores, CA 94065
   (650) 506-5200
8  (650) 506-7114 FAX

9  Attorneys for Plaintiff
   ORACLE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE USA, INC., a Colorado Corporation, | Case No.: CV 09-0537 MHP |
|---|---|
| Plaintiff | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a) |
| v. | |
| XL GLOBAL SERVICES, INC., a Delaware Corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' settlement agreement effective November 18, 2009, the parties, by and through their respective undersigned attorneys, stipulate as follows:

1

1. The Complaint filed by Oracle USA, Inc., and each and every claim set forth therein, shall be dismissed with prejudice.

2. The Counterclaim filed by XL Global Services, Inc., and each and every claim set forth therein, shall be dismissed with prejudice.

3. Oracle USA and XL Global Services each waive all rights to recover costs and attorneys' fees from the other party.

SO STIPULATED.

DATED:  December 17, 2009                                    JAMES A. HUGHES
                                                             SULLWOLD & HUGHES


                                                             By:        /S/
                                                                  James A. Hughes
                                                             Attorneys for Plaintiff and
                                                                  Counterdefendant
                                                             ORACLE USA, INC.


DATED:  December 17, 2009                                    SOMMERS & SCHWARTZ LLP


                                                             By:        /S/
                                                                  Andrew H. Schwartz
                                                             Attorneys for Defendant and
                                                                  Counterclaimant
                                                             XL GLOBAL SERVICES, INC.


*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

**ORDER**

The parties to this action having so stipulated;

IT IS ORDERED:

(1) The Complaint filed by Oracle USA, Inc. is hereby DISMISSED WITH PREJUDICE.

(2) The Counterclaim filed by XL Global Services, Inc. is hereby DISMISSED WITH PREJUDICE.

(3) Each party to this action shall bear its own costs and attorneys' fees.

DATED:  12/18/2009

IT IS SO ORDERED

Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)         Case No. CV 09-0537 MHP